**Motion Granted; Continuing Abatement Order filed April 7, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00999-CV
_____

### THE METHODIST HOSPITAL D/B/A HOUSTON METHODIST HOSPITAL. ET AL, Appellant

### V.

### NIKKI DARTEZ, ET AL, Appellee

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-65631**

---

## CONTINUING ABATEMENT ORDER

On March 23, 2020, the parties filed a joint motion to "extend the time to file a motion to dismiss the appeal." The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **May 7, 2020.** The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.